UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  McCarn's Allstate Finance, Inc.          CHAPTER 7
                                                 CASE NO:  8:02-BK-19766-MGW

                    Debtor(s).
_____/

**REPORT OF TRUSTEE OF UNCLEARED FUNDS**

    **COMES NOW** the Trustee, Andrea P. Bauman, and she does respectfully show that, pursuant to the orders of distribution, she has disbursed the entire amount in the Trustee's account, and that all checks have cleared with the exception of the following:

_____

| Claim # | Check | Claimant /Address | Amount |
|---|---|---|---|
| 16 | 291 | Norma R. Fox | $7,380.25 |
| 80 | 342 | Andrew C Olson | $1,604.49 |
| 84 | 345 | Lance Blair | $5,776.16 |
| 104 | 359 | Wayne W. Kraxbeerger | $1,661.05 |
| 126 | 380 | Naomi J. Sage | $2,012.03 |
| 127 | 381 | Hazel Frost | $27,631.64 |
| 128 | 382 | Chas. H & E.S. Dunevant | $2,880.84 |
| 140 | 394 | Mary C Cunningham | $3,658.27 |
| 158 | 409 | Barbara or Suvilla Stoltsfus | $1,604.49 |
| 169 | 418 | Calvin A Davis, Jr. | $64.18 |

_____

    That more than ninety (90) days have elapsed since the declaration and distribution of the final dividend, and pursuant to the provisions of 11 USC Section 347, the undersigned attaches hereto check(s) in the amount(s) listed above payable to the Clerk, US Bankruptcy Court, and states that the claimant(s) entitled thereto, are as listed above, and that their addresses, as far as known, are given above.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by hand delivery and/or regular U.S. Mail to**: Office of the United States Trustee**, 501 E. Polk Street, Suite 1200, Tampa, FL 33602 dated this 31st day of March, 2015.

/s/ Andrea Bauman

_____
ANDREA P. BAUMAN, TRUSTEE
POST OFFICE BOX 907
HIGHLAND CITY, FL 33846
(863) 701-7047