FILED VIA MAIL
MAY -8 2015
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re: ) Case No.
McCarn's Allstate Finance, Inc. ) 8:02-BK-19766-MGW
)
Debtor(s) )

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a ✓ creditor ___ debtor (check one) in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: Being the sole Benifactor of Terry L. Gordineer's Estate.

Name of Claimant: Douglas N. Clark
Mailing Address: 8267 E. Central Ave.
City: Del Rey    State: Ca.    Zip Code: 93616
Telephone Number: Home: (559) 917-7781    Work: (559) 917-7781
Last Four Digits of SS# or Tax ID Number: 9510
Amount of Claim: $10,353.93

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

Douglas N. Clark                    5-01-15
CLAIMANT'S SIGNATURE                DATE

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

## COUNTY of FRESNO
### DEPARTMENT OF COMMUNITY HEALTH
### FRESNO, CALIFORNIA

### CERTIFICATE OF DEATH

STATE FILE NUMBER: 3200510 002736
LOCAL REGISTRATION NUMBER:

**DECEDENT'S PERSONAL DATA**
- 1. NAME OF DECEDENT — FIRST: TERRY
- 2. MIDDLE: LEE
- 3. LAST (Family): GORDINEER
- AKA: —
- 4. DATE OF BIRTH: 11/20/1944
- 5. AGE: 60
- 6. SEX: M
- 9. BIRTH STATE/FOREIGN COUNTRY: CA
- 10. SOCIAL SECURITY NUMBER: 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
- 11. EVER IN U.S. ARMED FORCES?: NO
- 12. MARITAL STATUS: Divorced
- 7. DATE OF DEATH: 06/04/2005
- 8. HOUR: 1300
- 13. EDUCATION: HS Grad
- 14/15. HISPANIC/LATINO: NO
- 16. RACE: Caucasian
- 17. USUAL OCCUPATION: Truck Driver
- 18. KIND OF BUSINESS/INDUSTRY: Transporting
- 19. YEARS IN OCCUPATION: 26

**USUAL RESIDENCE**
- 20. DECEDENT'S RESIDENCE: 4819 E. Nevada
- 21. CITY: Fresno
- 22. COUNTY/PROVINCE: Fresno
- 23. ZIP CODE: 93727
- 24. YEARS IN COUNTY: 26
- 25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**
- 26. INFORMANT'S NAME, RELATIONSHIP: Doug Clark, Cousin
- 27. INFORMANT'S MAILING ADDRESS: 8267 E. Central Ave., Del Rey, CA 93616

**SPOUSE AND PARENT INFORMATION**
- 28. NAME OF SURVIVING SPOUSE — FIRST: —
- 31. NAME OF FATHER — FIRST: George
- 32. MIDDLE: —
- 33. LAST: Gordineer, Jr.
- 34. BIRTH STATE: OK
- 35. NAME OF MOTHER — FIRST: Margaret
- 36. MIDDLE: —
- 37. LAST (Maiden): Clark
- 38. BIRTH STATE: MO

**FUNERAL DIRECTOR/LOCAL REGISTRAR**
- 39. DISPOSITION DATE: 06/09/2005
- 40. PLACE OF FINAL DISPOSITION: Fresno Memorial Gardens, Fresno, CA
- 41. TYPE OF DISPOSITION(S): Burial
- 42. SIGNATURE OF EMBALMER: Louis Ed Rosen
- 43. LICENSE NUMBER: 8456
- 44. NAME OF FUNERAL ESTABLISHMENT: Advantage Funeral & Crm Service
- 45. LICENSE NUMBER: FD-1553
- 47. DATE: 06/09/2005 pm

**PLACE OF DEATH**
- 101. PLACE OF DEATH: Residence
- 102. IF HOSPITAL: — / Decedent's Home: X
- 104. COUNTY: Fresno
- 105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 4819 East Nevada
- 106. CITY: Fresno

**CAUSE OF DEATH**
- 107. CAUSE OF DEATH:
  - (A) IMMEDIATE CAUSE: Sudden Cardiac Death — Immed
  - (B) Probable Ventricular Arrhythmia — Min's
  - (C) Non Ischemic Cardiomyopathy — Years
- 108. DEATH REPORTED TO CORONER: YES — 05-06-022
- 109. BIOPSY PERFORMED?: NO
- 110. AUTOPSY PERFORMED?: NO
- 111. USED IN DETERMINING CAUSE?: NO
- 112. OTHER SIGNIFICANT CONDITIONS: Moderate Aortic Regurgitation, Hypertension, Congestive Heart Failure, Hyperlipidemia

**PHYSICIAN'S CERTIFICATION**
- 114. I CERTIFY...
- 115. SIGNATURE AND TITLE OF CERTIFIER: Rohit Sundrani
- 116. LICENSE NUMBER: A78922
- 117. DATE: 06/09/2005
- (A) Decedent Attended Since: 06/14/2004
- (B) Decedent Last Seen Alive: 12/20/2004
- 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS: Rohit Sundrani, M.D., 1207 E. Herndon Ave., Fresno, CA 93720

**CORONER'S USE ONLY**
- 119. MANNER OF DEATH: (blank)
- 120. INJURED AT WORK?: (blank)

**STATE REGISTRAR**
- FAX AUTH. #: 53580





### CERTIFIED COPY OF VITAL RECORDS
### STATE OF CALIFORNIA, COUNTY OF FRESNO

This is a true and exact reproduction of the document officially registered and placed on file in the Vital Records Section, Fresno Co. Department of Community Health.

DATE ISSUED: JUN 17 2005

COUNTY HEALTH OFFICER
REGISTRAR OF VITAL STATISTICS

This copy not valid unless prepared on engraved border displaying date, seal and signature of Registrar.

*000638308*

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  )
County of _FRESNO_____ )

On _5/6/15_ before me, _ELISA ANAYA RODRIGUEZ (NOTARY PUBLIC)_,
        Date                                Here Insert Name and Title of the Officer
personally appeared _Douglas Nolan Clark_____
                                      Name(s) of Signer(s)

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary Seal: ELISA ANAYA RODRIGUEZ, Commission # 1948078, Notary Public - California, Fresno County, My Comm. Expires Sep 10, 2015]

Signature _Elisa Anaya Rodriguez_
              Signature of Notary Public

Place Notary Seal Above

———————————— OPTIONAL ————————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Declaration of Transfer_ Document Date: _5/6/15_
Number of Pages: _____ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual     ☐ Attorney in Fact
☐ Trustee        ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual     ☐ Attorney in Fact
☐ Trustee        ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

# DECLARATION FOR TRANSFER
## OF PERSONAL PROPERTY WITHOUT PROBATE
### (Probate Code § 13100-13116)

The undersigned hereby declare(s) as follows:

1. I/We make this declaration to induce *(name of holder of property)* **United States Bankruptcy Court** to transfer to me/us the property described below under California Probate Code § 13100-13116.

2. (Decedent) **Terry Lee Gordineer** died at **Home 4819 E. Nevada** while domiciled in the City of **Fresno**, County of **Fresno**, California, on or about **6-9-2005**, leaving ☒ a will / ☐ no will.

3. At least forty (40) days have elapsed since the death of the decedent, as shown in a certified copy of the decedents death certificate attached to this declaration.

4. Check one of the following:

   ☒ No proceeding is now being or has been conducted in California for administration of the decedent's estate.

   ☐ The decedent's personal representative has consented in writing to the payment, transfer, or delivery to the declarant of the property described below. A copy of the written consent and of the personal representative's letters is attached hereto.

5. The gross value of the decedent's real and personal property in California, excluding the property described in California Probate Code § 13050, does not exceed One Hundred Fifty Thousand Dollars ($150,000.00) and includes the following: *(Describe the property to be transferred.)*

   ☐ Money on deposit in *(name of bank)* _____ in Account Number _____ in the sum of _____ Dollars ($_____).

   ☐ Other *(describe)* _____
   _____
   _____

6. Check one the following:

   ☒ The declarant is the successor of the decedent (as defined in California Probate Code § 13006) to the decedent's interest in the described property.

   ☐ The declarant is authorized under California Probate Code § 13051 to act on behalf of the successor of the decedent (as defined in Probate Code § 13006) with respect to the decedent's interest in the described property.

7. No other person has a right to the interest of the decedent in the described property.

8. ☐ *(Use if property is an obligation secured by real property under a recorded instrument:)* The property described in paragraph 5 above is an obligation secured by a lien on real property under a document recorded at *(give recording reference of the document creating the lien)* _____ of the official records of _____ County, California.

FSC 13100 R 08-99

9. My/our name(s), address(es), relationship(s) to the decedent, and age(s) is/are as follows:

| Name & Relationship | Age | Address |
|---|---|---|
| Doug Clark Cousin | 63 | 8267 E. Central Ave. Del Rey, Ca. 93616 |

10. I/We request that the described property be paid, delivered, or transferred to me/us.

11. I agree to hold (property holder) __United States Bankrupcy Court__ free and harmless and indemnify him/her/it against all liability, claims, demands, loss, damages, costs, and expense whatsoever that he/she/it may incur because of the transfer, payment, or delivery to me of the property.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

5-6-15
Date

Signature: _Douglas Clark_
Name-Type or Print: Douglas Clark

_____
Date

_____
Signature

_____
Name-Type or Print

_____
Date

_____
Signature

_____
Name-Type or Print

*(Add the following if property is an obligation secured by real property under a recorded instrument)*

ACKNOWLEDGMENT

State of California )
County of _____ )

On this _____ day of _____, _____, before me, _____, personally appeared _____, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) whose name is/are subscribed to this document, and acknowledged that he/she/they signed it.

_____
Notary Public for the State of California

FSC 13100 R 08-99