FILED VIA MAIL

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

JUN 10 2015

CLERK, US
In the MIDDLE DIS...
TAMPA DIVISION...

McCarN's Allstate
finance, INc.

Debtor(s)

)
)
)
)
)
).
)

Case No.

8:02 - BK - 19766 - MGW

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a ✓creditor____debtor (check one) in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: Being the sole Benifactor of Terry L. Gardiner's Estate.

| | |
|---|---|
| Name of Claimant: | Douglas N. Clark |
| Mailing Address: | 8267 E. Central Ave. |
| City: Del Rey  State: Ca.  Zip Code: 93616 |
| Telephone Number: Home: (559) 917-7781  Work (559) 917-7781 |
| Last Four Digits of SS# or Tax ID Number: 9510 |
| Amount of Claim: ' 10,353.93 |

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL  33602.

_Douglas N. Clark_
CLAIMANT'S SIGNATURE

5- 01 - 15
DATE

6 - 05 - 15

9.    My/our name(s), address(es), relationship(s) to the decedent, and age(s) is/are as follows:

<u>Name & Relationship</u>          <u>Age</u>              <u>Address</u>

Doug Clark Cousin          63          8267 E. Central Ave.
                                                    Del Rey, Ca. 93616

10.   I/We request that the described property be paid, delivered, or transferred to me/us.

11.   I agree to hold (property holder) __United States Bankruptcy Court__
      free and harmless and indemnify him/her/it against all liability, claims, demands, loss, damages, costs,
      and expense whatsoever that he/she/it may incur because of the transfer, payment, or delivery to me
      of the property.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and
correct.

__5-6-15__                        __Douglas Clark__
Date                              Signature __Douglas Clark__
                                  Name-Type or Print

_____                      _____
Date                              Signature

                                  _____
                                  Name-Type or Print

_____                      _____
Date                              Signature

                                  _____
                                  Name-Type or Print

*(Add the following if property is an obligation secured by real property under a recorded instrument)*

ACKNOWLEDGMENT

State of California     )
County of _____ )

On this _____ day of _____, _____, before me, _____,
personally appeared _____,
personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) whose name
is/are subscribed to this document, and acknowledged that he/she/they signed it.

                                  _____
                                  Notary Public for the State of California

**DECLARATION FOR TRANSFER
OF PERSONAL PROPERTY WITHOUT PROBATE
(Probate Code § 13100-13116)**

The undersigned hereby declare(s) as follows:

1.  *I/*We make this declaration, to induce *(name of holder of property)* _United States Bankruptcy Court_ to transfer to me/us the property described below under California Probate Code § 13100-13116.

2.  *(Decedent)* _Terry Lee Gordineer_ died at _Home 4819 E. Nevada_ while domiciled in the City of _Fresno_, County of _Fresno_, California, on or about _6-9-2005_, leaving ☒ a will/☐ no will.

3.  At least forty (40) days have elapsed since the death of the decedent, as shown in a certified copy of the decedents death certificate attached to this declaration.

4.  *Check one of the following:*

    ☒ No proceeding is now being or has been conducted in California for administration of the decedent's estate.

    ☐ The decedent's personal representative has consented in writing to the payment, transfer, or delivery to the declarant of the property described below. A copy of the written consent and of the personal representative's letters is attached hereto.

5.  The gross value of the decedent's real and personal property in California, excluding the property described in California Probate Code § 13050, does not exceed One Hundred Fifty Thousand Dollars ($150,000.00) and includes the following: *(Describe the property to be transferred.)*

    ☐ Money on deposit in *(name of bank)* _____ in
    Account Number _____ in the sum of _____
    Dollars ($_____).

    ☐ Other(describe)_____
    _____
    _____
    _____

6.  *Check one the following:*

    ☒ The declarant is the successor of the decedent (as defined in California Probate Code § 13006) to the decedent's interest in the described property.

    ☐ The declarant is authorized under California Probate Code § 13051 to act on behalf of the successor of the decedent (as defined in Probate Code § 13006) with respect to the decedent's interest in the described property.

7.  No other person has a right to the interest of the decedent in the described property.

8.  ☐ *(Use if property is an obligation secured by real property under a recorded instrument:)*
    The property described in paragraph 5 above is an obligation secured by a lien on real property under a document recorded at *(give recording reference of the document creating the lien)* _____ of the official records of _____ County, California.

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    **CIVIL CODE § 1189**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California          )

County of __FRESNO_____ ) .

On __5/6/15_____ before me, __ELISA ANAYA RODRIGUEZ (NOTARY PUBLIC)__ ,
      Date                        Here Insert Name and Title of the Officer

personally appeared __Douglas Nolan Clark_____
                                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

> ELISA ANAYA RODRIGUEZ
> Commission # 1948078
> Notary Public - California
> Fresno County
> My Comm. Expires Sep 10, 2015

Signature __Elisa Anaya Rodriguez__
               Signature of Notary Public

Place Notary Seal Above

———————————————— **OPTIONAL** ————————————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Declaration of Transfer__ Document Date: __5/6/15__
Number of Pages: _____ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual     ☐ Attorney in Fact
☐ Trustee       ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual     ☐ Attorney in Fact
☐ Trustee       ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

# COUNTY of FRESNO
## DEPARTMENT OF COMMUNITY HEALTH
### FRESNO, CALIFORNIA

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS

STATE FILE NUMBER                    3200510 002735    LOCAL REGISTRATION NUMBER

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT — FIRST (Given) | TERRY |
| 2. MIDDLE | LEE |
| 3. LAST (Family) | GORDINEER |
| AKA, ALSO KNOWN AS | - |
| 4. DATE OF BIRTH | 11/20/1944 |
| 5. AGE Yrs. | 60 |
| 6. SEX | M |
| 8. BIRTH STATE/FOREIGN COUNTRY | CA |
| 9. SOCIAL SECURITY NUMBER | 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 |
| 11. EVER IN U.S. ARMED FORCES? | X NO |
| 12. MARITAL STATUS | Divorced |
| 7. DATE OF DEATH | 06/04/2005 |
| 9. HOUR (24 Hours) | 1300 |
| 13. EDUCATION | HS Grad |
| 14A. WAS DECEDENT HISPANIC/LATINO/SPANISH? | X NO |
| 15. DECEDENT'S RACE | Caucasian |
| 17. USUAL OCCUPATION | Truck Driver |
| 18. KIND OF BUSINESS OR INDUSTRY | Transporting |
| 19. YEARS IN OCCUPATION | 26 |
| 20. DECEDENT'S RESIDENCE | 4819 E. Nevada |
| 21. CITY | Fresno |
| 22. COUNTY/PROVINCE | Fresno |
| 23. ZIP CODE | 93727 |
| 24. YEARS IN COUNTY | 26 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | Doug Clark    Cousin |
| 27. INFORMANT'S MAILING ADDRESS | 8267 E. Central Ave., Del Rey, CA 93616 |
| 28. NAME OF SURVIVING SPOUSE — FIRST | - |
| 31. NAME OF FATHER — FIRST | George |
| 33. LAST | Gordineer, Jr. |
| 34. BIRTH STATE | OK |
| 35. NAME OF MOTHER — FIRST | Margaret |
| 37. LAST (Maiden) | Clark |
| 38. BIRTH STATE | MO |
| 39. DISPOSITION DATE | 06/09/2005 |
| 40. PLACE OF FINAL DISPOSITION | Fresno Memorial Gardens, Fresno, CA |
| 41. TYPE OF DISPOSITION(S) | Burial |
| 42. SIGNATURE OF EMBALMER | Louis Ed Rosen |
| 43. LICENSE NUMBER | 8456 |
| 44. NAME OF FUNERAL ESTABLISHMENT | Advantage Funeral & Cfm Service |
| 45. LICENSE NUMBER | FD-1553 |
| 46. SIGNATURE OF LOCAL REGISTRAR | SD |
| 47. DATE | 06/09/2005pm |
| 101. PLACE OF DEATH | Residence |
| 102. IF HOSPITAL, SPECIFY ONE / 103. IF OTHER THAN HOSPITAL, SPECIFY ONE | X Decedent's Home |
| 104. COUNTY | Fresno |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND | 4819 East Nevada |
| 106. CITY | Fresno |

**107. CAUSE OF DEATH**

| | | Time Interval Between Onset and Death | 108. DEATH REPORTED TO CORONER? |
|---|---|---|---|
| IMMEDIATE CAUSE (A) | Sudden Cardiac Death | Immed | X YES    05-06-022 |
| (B) | Probable Ventricular Arrhythmia | Min's | 109. BIOPSY PERFORMED? X NO |
| UNDERLYING CAUSE (C) | Non Ischemic Cardiomyopathy | Years | 110. AUTOPSY PERFORMED? X NO |
| (D) | | | 111. USED IN DETERMINING CAUSE? X NO |

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107

Moderate Aortic Regurgitation, Hypertension, Congestive Heart Failure, Hyperlipidemia

113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEMS 107 OR 112? -

**PHYSICIAN'S CERTIFICATION**

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.

| Decedent Attended Since | Decedent Last Seen Alive | 116. LICENSE NUMBER | 117. DATE |
|---|---|---|---|
| 06/14/2004 | 12/20/2004 | A78922 | 06/09/2005 |

118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE

Rohit Sundrani, M.D., 1207 E. Herndon Ave., Fresno, CA 93720

**CORONER'S USE ONLY**

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.

MANNER OF DEATH: Natural / Accident / Homicide / Suicide / Pending Investigation / Could not be determined

120. INJURED AT WORK? YES / NO / UNK
121. INJURY DATE
122. HOUR (24 Hours)

123. PLACE OF INJURY

124. DESCRIBE HOW INJURY OCCURRED

125. LOCATION OF INJURY

126. SIGNATURE OF CORONER / DEPUTY CORONER
127. DATE
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER

STATE REGISTRAR: A | B | C | D | E

FAX AUTH. # 53580

*000638308*

---

## CERTIFIED COPY OF VITAL RECORDS
### STATE OF CALIFORNIA, COUNTY OF FRESNO

This is a true and exact reproduction of the document officially registered and placed
on file in the Vital Records Section, Fresno Co. Department of Community Health.

**JUN 17 2005**

DATE ISSUED _____

COUNTY HEALTH OFFICER
REGISTRAR OF VITAL STATISTICS

This copy not valid unless prepared on engraved border displaying date, seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



# Middle District of Florida
# Claims Register

### 8:02-bk-19766-MGW Mccarn's Allstate Finance Inc. **Converted** 10/11/2002, **CASE FILED prior to 10/17/05**

| | |
|---|---|
| **Judge:** Michael G. Williamson | **Chapter:** 7 |
| **Office:** Tampa | **Last Date to file claims:** |
| **Trustee:** Andrea P Bauman | **Last Date to file (Govt):** |

| Creditor: (5465142)<br>Gordineer Lola Or Terry L.<br>4819 E. Neveda Ave<br>Fresno, Ca 93727 | Claim No: 178<br>Original Filed<br>Date: 11/25/2002<br>Original Entered<br>Date: 01/02/2003 | Status:<br>Filed by: CR<br>Entered by:<br>Modified: 01/02/2003 |
|---|---|---|

| Amount | claimed: | $161327.53 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $0.00 | |
| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $161327.53 | |

| History: | | | |
|---|---|---|---|
| Details | 178-1 | 11/25/2002 | Claim #178 filed by Gordineer Lola Or Terry L., Amount claimed: $161327.53 |



[Dodmuf] [District Order Denying Motion for Unclaimed Funds]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                    Case No. 8:02-bk-19766-MGW
                                                          Chapter 7

Mccarn's Allstate Finance Inc.
dba Allstate Finance


_____Debtor*_____/


## ORDER DENYING MOTION FOR UNCLAIMED FUNDS


THIS CASE came on for consideration of the Motion for Unclaimed Funds (the "Motion") filed by Douglas N. Clark on May 8, 2015 (Doc No. 625 ). The Motion fails to fulfill the requirements of 28 U.S.C. Section 2042 and the financial guidelines for the U.S. Bankruptcy Court, Middle District of Florida as follows:

☐ Proof of service upon the United States Attorney at Attn: Civil Process Clerk, 400 N. Tampa Street, Suite 3200, Tampa, FL 33602 was not provided.

☐ The last four digits of the claimant's Social Security Number or Tax Identification Number were not provided.

☑ A copy of the individual claimant's driver's license was not provided.

☐ A notarized signature of the claimant was not provided.

☐ Claimant's name, address and telephone number were not provided.

☐ No explanation of the right of the claimant to the unclaimed funds was provided.

☐ The Movant did not supply a notarized original Power of Attorney.

☐ The Corporate claimant failed to provide a corporate power of attorney signed by an officer of the company and a statement of the signing officer's authority.

☐ The Movant did not supply a certified copy of the decedent's death certificate and/or certified copies of all probate documents that substantiate the right to act on behalf of the decedent's estate.

☐ The Movant did not supply sufficient documentation evidencing the transfer of the claim or proof of purchase/sale of the assets.

D. Clark
8367 E. Central Ave
Del Rey Ca. 93616

FIRST CLASS

POSTAGE DUE $1.07

United States Bankruptcy Court
Middle district of Florida Tampa div.
801 N. Florida Ave. Suite 555
Tampa Florida 33602