UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re: M C CARN'S ALLSTATE FINANCE, INC. ) Case No.
) CHAPTER: 7
) 8:02-BK-19766-MGW
)
Debtor(s) )

MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a ___ creditor ___ debtor (check one) in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: I AM THE sole BENEFICARY OF MY ~~DAD~~ DECEASED MOTHERS ESTATE.

Name of Claimant: DALE D. CUNNINGHAM
Mailing Address: 9505 Clubhouse DR.
City: Foley    State: AL   Zip Code: 36535
Telephone Number: Home: 251-955-2705  Work Cell 251-504-1037
Last Four Digits of SS# or Tax ID Number: 2005
Amount of Claim: $3,658.27

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

_Dale Cunningham_                    7/1/2015
CLAIMANT'S SIGNATURE                 DATE



JULY 1, 20015

FILED

ATTN: CIVIL Procedures CLERK

2015 JUL 21 P 3:52

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALE D CUNNINGHAM
9505 CLUBHOUSE DR.
FOLEY, AL. 36535

Dear Sir or Madam    Re: McCarn's Allstate Finance, Inc. Claim.
Chapter 7 Case No: 8:02-BK-19766-MGW

At he direction of Andrea P. Bauman ,CPA I am making a motion for unclaimed funds regarding the above reference case. She advised that nothing elaborate needs to be done, just the name of the case, case number, which creditor and the amount.

My mother, Mary C. Cunningham was the claimant, However she died on July,26, 2001. The amount of the claim was $3,658.27. I am the executor of her estate , see enclosed documents , Will and Certified death certificate. I have settled all of her estate and this is the only remaining item outstanding.

Therefore could you please forward the claimed to me at the above address. If there is anything else you need please contact me, at the above address or call me at 251-955-2705.

Thank you for your help .

*Dale D Cunningham*
Dale D. Cunningham

Enc: Will , Death Certificate, Drivers License.

# COUNTY OF SAN DIEGO

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY/NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV. 1/00)

STATE FILE NUMBER: 3 200137    LOCAL REGISTRATION NUMBER: 011861

## DECEDENT PERSONAL DATA

| # | Field | Value |
|---|---|---|
| 1 | Name of Decedent—First (Given) | Mary |
| 2 | Middle | Alice |
| 3 | Last (Family) | Cunningham |
| 4 | Date of Birth | 09/03/1917 |
| 5 | Age Yrs. | 83 |
| 6 | Sex | F |
| 7 | Date of Death | 07/26/2001 |
| 8 | Hour | 1130 |
| 9 | State of Birth | OH |
| 10 | Social Security No. | 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 |
| 11 | Military Service | No |
| 12 | Marital Status | Widow |
| 13 | Education—Years Completed | 12 |
| 14 | Race | Caucasian |
| 15 | Hispanic | No |
| 16 | Usual Employer | Jenner & Black Law Office |
| 17 | Occupation | Legal Secretary |
| 18 | Kind of Business | Law |
| 19 | Years in Occupation | 20 |

## USUAL RESIDENCE

| # | Field | Value |
|---|---|---|
| 20 | Residence | 9100 Single Oak Dr #65 |
| 21 | City | Lakeside |
| 22 | County | San Diego |
| 23 | Zip Code | 92040 |
| 24 | Yrs in County | 20 |
| 25 | State or Foreign Country | CA |

## INFORMANT

| # | Field | Value |
|---|---|---|
| 26 | Name, Relationship | Dale Cunningham - Son |
| 27 | Mailing Address | 3661 Airport Blvd #265, Mobile, AL 36608 |

## SPOUSE AND PARENT INFORMATION

| # | Field | Value |
|---|---|---|
| 28 | Name of Surviving Spouse—First | - |
| 29 | Middle | - |
| 30 | Last (Maiden Name) | - |
| 31 | Name of Father—First | Duane |
| 32 | Middle | - |
| 33 | Last | Cowen |
| 34 | Birth State | OH |
| 35 | Name of Mother—First | Hattie |
| 36 | Middle | - |
| 37 | Last (Maiden) | Unknown |
| 38 | Birth State | Unk |

## DISPOSITION(S)

| # | Field | Value |
|---|---|---|
| 39 | Date | 07/31/2001 |
| 40 | Place of Final Disposition | At sea off the coast of San Diego County |
| 41 | Type of Disposition(s) | CR/SEA |
| 42 | Signature of Embalmer | Not Embalmed |
| 43 | License No. | - |
| 44 | Name of Funeral Director | El Cajon Mortuary |
| 45 | License No. | FD-1022 |
| 46 | Signature of Local Registrar | George R. Flores MD |
| 47 | Date | 07/30/2001 |

## PLACE OF DEATH

| # | Field | Value |
|---|---|---|
| 101 | Place of Death | Own Residence |
| 104 | County | San Diego |
| 105 | Street Address | 9100 Single Oak Dr #65 |
| 106 | City | Lakeside |

## CAUSE OF DEATH

| # | Field | Value |
|---|---|---|
| 107 | Death was caused by: Immediate Cause (A) | Non Small Cell Lung Carcinoma |
| | Time Interval Between Onset and Death | 2 Mos |
| 108 | Death reported to coroner | Yes — Referral Number 7-513 |
| 109 | Biopsy Performed | Yes |
| 110 | Autopsy Performed | No |
| 111 | Used in Determining Cause | — |
| 112 | Other Significant Conditions | None |
| 113 | Was Operation Performed | No |

## PHYSICIAN'S CERTIFICATION

| # | Field | Value |
|---|---|---|
| 114 | Decedent Attended Since / Last Seen Alive | 06/05/2001 / 06/19/2001 |
| 115 | Signature and Title of Certifier | David J. Bodkin, MD |
| 116 | License No. | G62107 |
| 117 | Date | 07/26/2001 |
| 118 | Type Attending Physician's Name, Mailing Address, Zip | David Bodkin, MD, 5555 Grossmont Ctr Dr, La Mesa, CA 91942 |



FAX AUTH. # 2112807

A677020

County of San Diego - Department of Health Services - 3851 Rosecrans Street. This is to certify that, if bearing the OFFICIAL SEAL OF THE STATE OF CALIFORNIA, the OFFICIAL SEAL OF SAN DIEGO COUNTY AND THEIR DEPARTMENT OF HEALTH SERVICES EMBOSSED SEAL, is a true copy of the ORIGINAL DOCUMENT FILED. Required fee paid.

DATE ISSUED: AUGUST 02, 2001

GEORGE R. FLORES, M.D.
REGISTRAR OF VITAL RECORDS
County of San Diego

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# LAST WILL AND TESTAMENT

## OF

## MARY C. CUNNINGHAM

I, MARY C. CUNNINGHAM, of 9100-65 Single Oak Drive, City of Lakeside, County of San Diego, State of California, being of legal age and of sound disposing mind and memory, do hereby make, publish and declare this my Last Will and Testament, hereby revoking any and all former wills and codicils by me at any time made.

I further declare that I was married to THOMAS CUNNINGHAM, deceased, and I had two sons of that said marriage, namely, TERRY CUNNINGHAM, who died without issue, and DALE D. CUNNINGHAM.

### ARTICLE ONE

I direct my Executor to pay all my debts, funeral and other expenses and to pay all death taxes.

### ARTICLE TWO

I give, devise and bequeath all of my property, real, personal and mixed, wheresoever situated, of which I may die, seized or possessed, or to which I may be entitled at the time of my death to my son, DALE D. CUNNINGHAM.

### ARTICLE THREE

In the event that DALE D. CUNNINGHAM should predecease me or should we die in a common disaster or within thirty (30) days of each other from any cause whatsoever, then I give, devise and bequeath all of my property, real, personal and mixed, wheresoever situated, of which I may die seized or possessed or to which I may be entitled at the time of my death, to his children, KEVIN CUNNINGHAM and CHRISTINE K. CUNNINGHAM, in equal shares or all to the survivor thereof, who shall survive me.

*Mary C. Cunningham*
MARY C. CUNNINGHAM

Page 1 of 3 pages

## ARTICLE FOUR

I hereby nominate and appoint my son, DALE D. CUNNINGHAM, sole Executor, without bond, of this my Last Will and Testament. In the event that bond is nevertheless required, I direct that such bond be accepted without surety. In the event that person, for any reason, is unable or unwilling to serve, I nominate my grandson, KEVIN CUNNINGHAM, sole Executor, without bond, of this, my Last Will and Testament. In the event that bond is nevertheless required, then I direct that such bond be accepted without surety.

I give to my Executor during the administration of my estate, without license or approval of any court, full power and authority to sell, convey, lease, mortgage or otherwise encumber or dispose of any property, real or personal belonging to my estate, upon any terms reasonable and to any person my Executor deems fit, even if it be himself or a legatee or devisee under this Will, and to execute and deliver all proper and necessary conveyances and to give full and complete receipts and discharges; to divide my estate, determining values and designating particular assets for any of my devisees and legatees; to assign undivided interests in any property of my estate; and to perform all other acts necessary and proper for administration. My Executor hereunder is authorized and empowered to use any shortened or summary form of administration of my estate which may be permitted by law.

## ARTICLE FIVE

If any devisee or legatee or legal heir of mine, or person claiming through any of them, shall contest this Will or attack or seek to impair or invalidate any of its provisions, I specifically disinherit each such person, and all legacies, bequests and interest going to such person shall be forfeited and shall augment proportionately the shares of my estate going to such of my devisees, legatees and beneficiaries as shall not have participated in such acts. If all my devisees, legatees and beneficiaries and any of my heirs shall participate in such proceedings, I give, devise and bequeath the whole of my estate to my heirs at law in the proportions provided for by the laws of succession, excluding all contestants.

## ARTICLE SIX

Except as otherwise provided in this Will, I have intentionally and with full knowledge omitted to provide for my heirs who would take by intestate succession and/or my relatives who may be living at the time of my death.

## ARTICLE SEVEN

If any provision of this Will is unenforceable, the remaining provisions shall nevertheless be carried into effect.

*Mary C. Cunningham*
MARY C. CUNNINGHAM

Page 2 of 3 pages

IN WITNESS WHEREOF, I have hereunto subscribed my name and caused this my Last Will and Testament consisting of three pages, including the attestation clause, to be executed declared and published, at El Cajon, California, this 22nd day of February, 2000.

*/s/ Mary C. Cunningham*
MARY C. CUNNINGHAM

The undersigned witnesses declare under penalty of perjury:

The foregoing Last Will and Testament, consisting of three pages, including this attestation clause, was subscribed, sealed, published and declared by the Testatrix, as her Last Will and Testament, in the presence of each of us, who, at her request, in her presence and the presence of each other, subscribed our names as attesting witnesses at El Cajon, California. All of us, including the Testatrix were present together throughout the execution and attestation of the Will. We further declare that the Testatrix appears to be of sound mind and not under duress or undue influence.

We declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed at El Cajon, California, this 22nd day of February, 2000.

*/s/ Anne Simmons*  of  10086 Casa de Oro Blvd.

Spring Valley, CA 91977-1707

*/s/ Lynda Larson*  of  3005 State Street

San Diego, CA 92103

Page 3 of 3 pages