UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

FILED
NOV -9 2015

In Re: McCarn's Allstate Finance, Inc.

Case No. 8:02-BK-19766-MGW

Judge Michael G. Williamson

Debtor(s)

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a __X__ creditor ____ debtor (check one) in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: Dividends were not collected by the creditor, Hazel Frost. Hazel Frost died May 2, 2009. I am the Trustee of the Hazel Frost Living Trust created on May 25, 2001.

Name of Claimant: Joy Martin, Trustee for Hazel Frost Living Trust
Mailing Address: 409 E. San Jose St. Apt #4
City: Laredo    State: TX    Zip Code: 78040
Telephone Number: Home (619) 276-7970    Work: _____
Last Four Digits of SS# or Tax ID Number: 6524
Amount of Claim: $27,631.64

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

_____        10/16/15
CLAIMANT'S SIGNATURE              DATE

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: McCarn's Allstate Finance, Inc.   CHAPTER 7
CASE NO: 8:02-BK-19766-MGW

Debtor(s).
_____/

## SUPPLEMENTAL REPORT OF TRUSTEE OF UNCLEARED FUNDS

**COMES NOW** the Trustee, Andrea P. Bauman, and she does respectfully show that, pursuant to the orders of distribution, she has disbursed the entire amount in the Trustee's account, and that all checks have cleared with the exception of the following:

| Claim # | Check | Claimant /Address | Amount |
|---|---|---|---|
| 16 | 291 | Norma R. Fox | $7,380.25 |
| 80 | 342 | Andrew C Olson | $1,604.49 |
| 84 | 345 | Lance Blair | $5,776.16 |
| 104 | 359 | Wayne W. Kraxbeerger | $1,661.05 |
| 126 | 380 | Naomi J. Sage | $2,012.03 |
| 127 | 381 | Hazel Frost | $27,631.64 |
| 128 | 382 | Chas. H & E.S. Dunevant | $2,880.84 |
| 140 | 394 | Mary C Cunningham | $3,658.27 |
| 158 | 409 | Barbara or Suvilla Stoltsfus | $1,604.49 |
| 169 | 418 | Calvin A Davis, Jr. | $64.18 |
| 171 | 420 | Syble Swensen | $3,850.77 |
| 178 | 426 | Lola or Terry L Gordineer | $10,353.93 |
| 183 | 430 | Claire K Donnelly | $437.11 |
| 194 | 441 | Mara M. McMurtry | $6,613.71 |
| 244 | 483 | Margaret Marchant | $7,919.39 |

| | | | |
|---|---|---|---|
| 245 | 484 | Margaret Marchant | $3,837.81 |
| 253 | 491 | Retirement Acct – Horace Graham | $3,810.07 |
| 273 | 508 | Franky Acuna | $22.46 |
| 296 | 527 | Marjorie Maroun | $1,604.49 |
| 303 | 532 | Gloria Cripps | $6,379.05 |
| 314 | 542 | Louise V. Corkrum Living Trust | $1,652.76 |
| 316 | 544 | Stephen M. Petersheim | $2,117.93 |
| 346 | 571 | Alberta B Oakes | $1,761.49 |
| 351 | 574 | Anderson Family Trust | $12,696.81 |
| 360 | 580 | Hanna Fuad | $1,632.97 |
| 362 | 582 | Leon W Dyer | $3,658.23 |
| 376 | 593 | Andrew P Urban | $1,604.49 |
| 391 | 605 | Joseph Young | $2,392.91 |
| 411 | 622 | Joe E & Agnes L Thomasson | $2,348.94 |
| 442 | 651 | Beatrice Loomis | $449.26 |
| 462 | 666 | Wallace F Hinkle | $3,938.68 |
| 473 | 673 | Igler & Dougherty PA | $79.75 |
| 527 | 717 | Bessie H. Pierson | $5,912.14 |
| 528 | 718 | Brech Family Living Trust | $2,556.23 |
| 535 | 724 | Irene B Mills | $1,604.49 |
| 563 | 749 | John & Helen Garrison Family Trust | $10,583.21 |
| 613 | 791 | Helen K. Rice | $3,353.38 |
| 622 | 797 | Jeanne B Elliott | $3,826.00 |
| 625 | 800 | Ruth Bender | $2,945.99 |
| 626 | 801 | Francoise M Roedell | $12,505.42 |
| 627 | 802 | Elise Kinkade | $3,176.89 |
| 628 | 803 | Rita K Caballero | $1,604.49 |

| 630 | 805 | Betty McClain | $6,207.50 |
| 640 | 811 | Beverly L Hagstrom | $2,246.29 |
| 664 | 828 | Bernese Barstow | $2,045.26 |
| 672 | 833 | Naamon L. King | $2,053.75 |
| 673 | 834 | Jewell Horne | $2,930.57 |
| 697 | 852 | Tomas N Cox | $1,925.39 |
| 706 | 859 | Robert C Burroughs | $8,701.06 |
| 712 | 864 | Isabell Family Trust | $1,797.91 |
| 747 | 895 | James E Hoper, Jr. | $1,604.49 |
| 767 | 911 | Goodwin Family Trust | $13,775.99 |
| 769 | 912 | Farmer Marshall Trust | $3,002.77 |
| 770 | 913 | Farmer Marshall Trust | $2,251.25 |
| 772 | 915 | Robert P. Little Trust | $1,591.23 |
| 789 | 928 | Grice Family Trust | $3,257.24 |
| 792 | 931 | Richard J Wichlac | $1,755.10 |
| 838 | 963 | Phyllis Rasor | $1,604.49 |

That more than ninety (90) days have elapsed since the declaration and distribution of the final dividend, and pursuant to the provisions of 11 USC Section 347, the undersigned attaches hereto check(s) in the amount(s) listed above payable to the Clerk, US Bankruptcy Court, and states that the claimant(s) entitled thereto, are as listed above, and that their addresses, as far as known, are given above.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by hand delivery and/or regular U.S. Mail to: **Office of the United States Trustee.** 501 E. Polk Street, Suite 1200, Tampa, FL 33602 dated this 7th day of April, 2015.

/s/ Andrea Bauman 

ANDREA P. BAUMAN, TRUSTEE
POST OFFICE BOX 907
HIGHLAND CITY, FL 33846
(863) 701-7047

# THE HAZEL FROST LIVING TRUST

## (AS RESTATED IN FULL ON __FEB. 24__, 2006)

I, HAZEL FROST, sometimes referred to as "Settlor," residing in San Diego County, California hereby amend and restate in its entirety the trust originally created by me on May 25, 2001, and known as The Hazel Frost Living Trust, declaring:

### ARTICLE I

(1)  This restatement of the trust is made pursuant to the Settlor's reserved powers in Article I of The Hazel Frost Living Trust to amend the trust. This restatement supersedes all previous trust declarations, agreements, amendments, and restatements.

(2)  I declare that properties subject to this instrument are those transferred to this trust on or after the execution date of this trust, including those listed in the schedules. These properties are referred to as the "Trust Estate" and shall be held, administered and distributed as hereinafter provided in this instrument. This Trust shall from henceforth continue to be known and referred to as THE HAZEL FROST LIVING TRUST.

### ARTICLE II

A.  The primary purposes of this trust are:

    1.  To provide for my care and maintenance as long as I am living;

    2.  To facilitate management of the trust property in the event of my incapacity; and

Page 1 of 26

hold such a power for any purpose.

G. A power of appointment conferred by this document, other than a power held in a fiduciary capacity by a trustee, may be exercised only by an instrument that specifically refers to both this trust and the specific power being exercised. Such a power must be exercised by will, codicil, or a "qualified lifetime instrument." For purposes of this paragraph, a qualified lifetime instrument is an instrument meeting the requirements described above for revoking a trust as to the revoking settlor's separate property, including an instrument executed by a conservator or an attorney-in-fact. A court may give effect to an attempted exercise that fails to satisfy the requirements of this paragraph in accordance with the criteria that would apply to a defective amendment of this document. It being a purpose of this trust to avoid probate, the trustee may distribute trust property in accordance with a will or codicil that has not been probated.

Executed at San Diego, California, on __2-24__, 2006.

_____
Hazel Frost, Settlor/Trustee

THE FOREGOING INSTRUMENT, consisting of twenty-six [26] pages, including the next page, was on the date hereof, by the said HAZEL FROST, subscribed and declared to be her Restated Declaration of Trust, in the presence of the undersigned who at her request and in her presence, has signed the same as witness thereto.

_____ residing at __4015 N 34th Dr__
__La Mesa, CA 91941__

Page 25 of 26



STATE OF CALIFORNIA  )
                     ) ss.
COUNTY OF SAN DIEGO  )

On __2-24__, 2006, before me, a Notary Public for the State of California, personally appeared HAZEL FROST, known to me [or proved on the basis of satisfactory evidence] to be the trustee of the trust created by the above instrument, and to be the person whose name is subscribed to the instrument; and she acknowledged that she executed the same as trustee.

Witness my hand and seal on the above date.

_____Melinda Rogers_____
Notary Public

[Notary Seal: MELINDA ROGERS, COMM. #1442429, Notary Public-California, SAN DIEGO COUNTY, My Comm. Exp. Sept 29, 2007]

THIS CERTIFICATE MUST BE ATTACHED TO THE DOCUMENT SIGNED BELOW:
Capacity Claimed by Signer:    Individual
Signer Is Representing:        Herself
Title or Type of Document:     Restated Declaration of Trust
Number of Pages:               Twenty-six [26]
Date of Document:              __2-24__, 2006

Page 26 of 26

# COUNTY OF SAN DIEGO

## CERTIFICATION OF VITAL RECORD
### CERTIFICATE OF DEATH

STATE FILE NUMBER: 3200937007227
LOCAL REGISTRATION NUMBER:

**DECEDENT'S PERSONAL DATA**
- 1. NAME OF DECEDENT — FIRST (Given): HAZEL
- 2. MIDDLE: M
- 3. LAST (Family): FROST
- 4. DATE OF BIRTH: 09/11/1920
- 5. AGE Yrs.: 88
- 6. SEX: F
- 9. BIRTH STATE/FOREIGN COUNTRY: LA
- 10. SOCIAL SECURITY NUMBER: 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
- 11. EVER IN U.S. ARMED FORCES: NO
- 12. MARITAL STATUS: WIDOWED
- 7. DATE OF DEATH: 05/02/2009
- 8. HOUR (24 Hours): 1210
- 13. EDUCATION: SOME COLLEGE
- 14/15. HISPANIC: NO
- 16. DECEDENT'S RACE: AFRICAN AMERICAN
- 17. USUAL OCCUPATION: SALESPERSON
- 18. KIND OF BUSINESS OR INDUSTRY: COSMETICS
- 19. YEARS IN OCCUPATION: 10

**USUAL RESIDENCE**
- 20. DECEDENT'S RESIDENCE: 1451 MARYLOU STREET
- 21. CITY: SAN DIEGO
- 22. COUNTY/PROVINCE: SAN DIEGO
- 23. ZIP CODE: 92102
- 24. YEARS IN COUNTY: 66
- 25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**
- 26. INFORMANT'S NAME, RELATIONSHIP: REGINA MARTIN, DAUGHTER
- 27. INFORMANT'S MAILING ADDRESS: 1189 WATWOOD, SAN DIEGO, CA 92114

**SPOUSE AND PARENT INFORMATION**
- 28-30. NAME OF SURVIVING SPOUSE: -
- 31. NAME OF FATHER — FIRST: JAMES
- 33. LAST: YOUNGBLOODS
- 34. BIRTH STATE: UNK
- 35. NAME OF MOTHER — FIRST: LULA
- 37. LAST (Maiden): REED
- 38. BIRTH STATE: UNK

**FUNERAL DIRECTOR/LOCAL REGISTRAR**
- 39. DISPOSITION DATE: 05/12/2009
- 40. PLACE OF FINAL DISPOSITION: RES-TANIA HUGLEY-GRANDDAUGHTER, 1113 HETHERSETT ROAD, NORFOLK, VA 23305
- 41. TYPE OF DISPOSITION(S): CR/TR/RES
- 42. SIGNATURE OF EMBALMER: JOHN HUNTER
- 43. LICENSE NUMBER: EMB8475
- 44. NAME OF FUNERAL ESTABLISHMENT: CALIFORNIA BURIAL CHAPEL
- 45. LICENSE NUMBER: FD-1689
- 46. SIGNATURE OF LOCAL REGISTRAR: WILMA WOOTEN, MD
- 47. DATE: 05/12/2009

**PLACE OF DEATH**
- 101. PLACE OF DEATH: RESIDENCE
- 103. IF OTHER THAN HOSPITAL, SPECIFY ONE: Decedent's Home
- 104. COUNTY: SAN DIEGO
- 105. FACILITY ADDRESS OR LOCATION: 1451 MARYLOU STREET
- 106. CITY: SAN DIEGO

**CAUSE OF DEATH**
- 107. CAUSE OF DEATH:
  - (A) IMMEDIATE CAUSE: CARDIAC ARREST — MINS
  - (B) ATRIAL FIBRILLATION — YRS
- 108. DEATH REPORTED TO CORONER: YES, REFERRAL NUMBER WV09-02678
- 109. BIOPSY PERFORMED: NO
- 110. AUTOPSY PERFORMED: NO
- 112. OTHER SIGNIFICANT CONDITIONS: ALZHEIMERS DISEASE
- 113. WAS OPERATION PERFORMED: NONE
- 113A. IF FEMALE, PREGNANT IN LAST YEAR?: NO

**PHYSICIAN'S CERTIFICATION**
- 114. Decedent Attended Since: 07/14/1975
- Decedent Last Seen Alive: 12/09/2008
- 115. SIGNATURE AND TITLE OF CERTIFIER: RICHARD O BUTCHER M.D.
- 116. LICENSE NUMBER: C27652
- 117. DATE: 05/12/2009
- 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: RICHARD O BUTCHER M.D., 286 EUCLID AVE #308, SAN DIEGO, CA 92114

STATE REGISTRAR: *010001001215431*





County of San Diego – Department of Health Services – 3851 Rosecrans Street. This is to certify that, if bearing the OFFICIAL SEAL OF THE STATE OF CALIFORNIA, the OFFICIAL SEAL OF SAN DIEGO COUNTY AND THEIR DEPARTMENT OF HEALTH SERVICES EMBOSSED SEAL, this is a true copy of the ORIGINAL DOCUMENT FILED. Required fee paid.

DATE ISSUED: May 15, 2009

WILMA J. WOOTEN, MD
REGISTRAR OF VITAL RECORDS
County of San Diego

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar



## ACCEPTANCE OF APPOINTMENT AS SUCCESSOR TRUSTEE

Due to the death of Regina M. Martin, the current Trustee, I, JOY MARTIN, accept the appointment as successor Trustee under The Hazel Frost Living Trust and all subsidiary trusts, including but not limited to, The Hazel Frost Living Trust FBO Connie Sue Frost, dated May 25, 2001 and as amended and restated on February 24, 2006, and promise to faithfully carry out my duties as Trustee.

Dated: 9/30/2013

_____
Joy Martin

STATE OF CALIFORNIA  )
                     ) ss.
COUNTY OF SAN DIEGO  )

On 9/30/2013, before me, MELINDA ROGERS, a Notary Public, personally appeared JOY MARIE MARTIN, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public



MELINDA ROGERS
Commission # 1950573
Notary Public - California
San Diego County
My Comm. Expires Sep 29, 2015

## NOTIFICATION BY TRUSTEE
## PURSUANT TO PROBATE CODE §16061.7

As required by law, you are hereby provided with notice of the following information regarding THE HAZEL FROST LIVING TRUST:

1. The name of the Settlor of the trust is Hazel Frost.

2. The Hazel Frost Living Trust and all subsidiary trusts, including but not limited to, The Hazel Frost Living Trust FBO Connie Sue Frost, was created on May 25, 2001, and amended and restated on February 24, 2006.

3. Due to the death of Regina M. Martin, the current Trustee, the name of the successor Trustee, as well as the continuing principal place of administration of the Trust, is as follows:

   Joy Martin
   c/o Leon A. Opolski, Esq.
   P. O. Box 35
   Spring Valley, CA 91976

4. The Trustee requests that correspondence relating to the trust be directed to her attorney at the above address.

5. You are entitled, as a beneficiary or heir at law of the decedent, to request from the trustee a true and complete copy of the "Terms of the Trust," as that term is defined in Probate Code §16060.5. However, in your case, the Trustee has elected to enclose with this Notification a true and complete copy of the entire Trust.

WARNING: YOU MAY NOT BRING AN ACTION TO CONTEST THE TRUST MORE THAN 120 DAYS FROM THE DATE THIS NOTIFICATION BY THE TRUSTEE IS SERVED UPON YOU OR 60 DAYS FROM THE DATE ON WHICH A COPY OF THE TERMS OF THE TRUST IS MAILED OR PERSONALLY DELIVERED TO YOU DURING THE 120-DAY PERIOD, WHICHEVER IS LATER.

Dated: _____9-30_____, 2013

_____
Leon A. Opolski, Attorney for Trustee of
The Hazel Frost Living Trust

## CERTIFICATE OF SERVICE OF APPLICATION

I hereby certify that a copy of The Application for Release of Unclaimed Funds was mailed first class, postage paid; 6 day of Nov, 2015 was served on the following parties for the Middle District of Florida by U.S. Mail at the following addresses:

U.S. Attorney
Attn: Civil Procedures Clerk
400 N. Tampa Street, Suite 3200
Tampa, FL 33602

U.S. Trustee
501 E. Polk Street, Suite 1200
Tampa, FL 33602

McCarn's Allstate Finance, Inc.
1915 North Dale Mabry, #300
Tampa, FL 33607

Furthermore, a copy of the Application for Release of Unclaimed Funds was served on the following parties for the Middle District of Florida by electronic mail at the following email addresses:

Herbert R Donica
Attorney for Debtor
ecf-hrd@donicalaw.com

Andrea P Bauman
Case Trustee
abaumantrustee@gmail.com

Dated: 10/16/15

_____
Joy Martin
Trustee of the Hazel Frost Family Trust
Case#: 8:02-bk-19766-MGW
email address: joybird@hotmail.com

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California )
County of __SAN DIEGO__ )

On __10/16/15__ before me, __MELINDA ROGERS, NOTARY PUBLIC__,
     Date                                             Here Insert Name and Title of the Officer

personally appeared __JOY MARIE MARTIN__
                                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __Melinda Rogers__
             Signature of Notary Public

[Notary Seal: MELINDA ROGERS, Commission # 2125648, Notary Public - California, San Diego County, My Comm. Expires Sep 29, 2019]

Place Notary Seal Above

--- **OPTIONAL** ---

Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: __MOTION FOR PYMT OF UNCLAIMED FUNDS__   Document Date: _____
Number of Pages: _____   Signer(s) Other Than Named Above: __NONE__

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: __JOY MARIE MARTIN__
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☒ Individual     ☐ Attorney in Fact
☐ Trustee     ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: __HERSELF__

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual     ☐ Attorney in Fact
☐ Trustee     ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

